UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Luis PERALTA, a.k.a. Jorge Abreu, a.k.a. Jose Abreo, a.k.a. Rafael Zarzuela, Defendant–Appellant.

No. 11–15967
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 11, 2013.

Peggy Morris Ronca, Myrna Amelia Mesa, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, James T. Skuthan, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Jose Luis Peralta, D. Ray James CF—Inmate Legal Mail, Folkston, GA, for Defendant–Appellant.

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, counsel for Jose Luis Peralta in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Peralta's conviction and sentence are **AFFIRMED.**